IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION 06-0368-WS-M** |
| ) | |
| **MARENGO COUNTY SHERIFF'S** ) | |
| **DEPARTMENT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

By order dated February 15, 2007, the Court granted the motion for more definite statement filed by defendants Langley, Reese, Lawrence, Leonard, Sanders and Huckabee ("the moving defendants"). (Doc. 34). The plaintiff filed no opposition to the motion, and it was plainly due to be granted. The order instructed the plaintiff to file and serve an amended complaint on or before March 1, 2007, or "suffer the striking of his complaint as provided by Rule 12(e)." (Doc. 34 at 2).

On March 8, 2007, no amended complaint having been filed, the moving defendants filed a motion to strike the complaint or, in the alternative, to dismiss them as defendants. (Doc. 38). On March 15, 2007, the plaintiff filed a "motion to file response out of time," citing unexplained "excusable neglect on the part of Plaintiff's counsel." (Doc. 41). He did not append to his motion a proposed amended complaint.

The moving defendants' frustration is understandable, and it is shared by the Court, which is unused to having its orders ignored. However, the trend of the cases is to allow an extension of time within which to file the amended complaint,[1] and the Court elects to follow this trend despite: (1) the plaintiff's failure to seek an extension until long

---

[1] *See* 5C C. Wright & A. Miller, Federal Practice and Procedure § 1379 at 382-84 (3rd ed. 2004).

after the deadline had expired; (2) his failure to explain his attorney's neglect and how it excuses his failure to comply with the Court's order; and (3) his failure even now to provide an amended complaint.

Accordingly, the moving defendants' motion to strike or dismiss is **denied**, and the plaintiff's motion to file response out of time is **granted**.  The plaintiff is ordered to file and serve his amended complaint on or before **March 30, 2007**.  Failure to comply will subject the complaint to striking under Rule 12(e) and to dismissal under Ruler 41(b) for failure to prosecute and failure to comply with Court orders.

DONE and ORDERED this 20th day of March, 2007.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE